UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ALFONSO GARCIA RAMOS, JORGE
PEREZ AGUILAR, FELIX LUNA, and
GUILLERMO ALONSO MORALES,
Individually and on Behalf of Others Similarly
Situated,

                      Plaintiffs,

      - against -

DNC FOOD SERVICE CORP. d/b/a
SPEEDY'S DELI, NIKOLAOS VASILATOS
and SPIROS ZISIMATOS, Jointly and
Severally,

                      Defendants.
------------------------------------------------------------X

19-cv-2967 (VSB)

**ORDER**

VERNON S. BRODERICK, United States District Judge:

      On November 12, 2021, I entered an Opinion & Order rejecting a proposed settlement agreement reached in this Fair Labor Standards Act ("FLSA") case and gave the parties 28 days to file a revised settlement agreement. (Doc. 57.) On December 12, 2021, the parties did file a revised settlement agreement, (Doc. 58-2 ("Revised Settlement")), along with a consent motion for its approval, (Doc. 58 ("Revised Settlement Motion")). However, the Revised Settlement was not signed by all Plaintiffs: it is missing the signature of Plaintiff Felix Luna ("Luna"). (*See* Revised Settlement 7–14.) I thus cannot "approve the settlement as to all plaintiffs" in this action. *See Samaroo v. Deluxe Delivery Sys. Inc.*, 11 Civ. 3391 (HBP), 2016 WL 1070346, at *3 (S.D.N.Y. Mar. 17, 2016). Accordingly, it is hereby

      ORDERED that the Revised Settlement Motion is DENIED without prejudice. Within

30 days, the Revised Settlement Motion may be renewed by filing an affidavit attesting to Luna's approval of the Revised Settlement, along with a copy of the Revised Settlement bearing Luna's signature.

SO ORDERED.

Dated: January 18, 2022
      New York, New York

Vernon S. Broderick
United States District Judge